# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAQUAN SULLIVAN

NO. 2019 KW 1345

DEC 2 3 2019

---

In Re:   Saquan Sullivan, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 38616 & 38381.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** This court is limited to review of the lower court's rulings or the failure of the lower court to act on a properly filed motion. Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing, and should include copies of the motion, the court's ruling, and all other pertinent documentation.

**TMH
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT